

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

## O R D E R

On August 1, 2017, the appellant, Bruce Becker, filed a notice of appeal from the trial court's July 25, 2017 judgment. On August 7, 2017, the appellant filed an affidavit of inability to pay costs in this court. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1(c).

The trial court clerk, the court reporter, or any party can file a contest or objection to the affidavit **in this court on or before August 21, 2017.** If no contest or objection is filed, the allegations in the affidavit will be deemed true, and appellant will be permitted to proceed without the payment of the filing fee or the cost to prepare the clerk's record and reporter's record for this appeal. On the other hand, if a contest or objection is timely filed, this court will issue an appropriate order.

We ORDER the clerk of this court to send copies of the affidavit and this order to the trial court judge, the trial court clerk, the court reporter, and all parties.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk